Kevin S. BARKER, Eric W. Baxter, Michael A. Gaffney, Rebekah L. Kautz, Richard J. Lavallie, David E. Solsberry, Nancy Mancuso, Traci L. Roberti, Jennifer L. Kolkowski, Plaintiffs–Appellants,

v.

CAPITAL ONE BANK (USA), N.A., Defendant–Appellee.

No. 14–14875.

United States Court of Appeals, Eleventh Circuit.

Nov. 19, 2015.

Edward Adam Webb, Matthew C. Klase, G. Franklin Lemond, Jr., Webb Klase & Lemond, LLC, Atlanta, GA, Halley F. Ascher, Michael G. McLellan, Elizabeth Kathleen Tripodi, Robert O. Wilson, Finkelstein Thompson LLP, Washington, DC, Gordon M. Fauth, Jr., Alexis Alexander Phocas, Litigation Law Group, Alameda, CA, for Plaintiffs–Appellants.

Matthew Allen Fitzgerald, Bryan Alan Fratkin, Mcguirewoods LLP, Richmond, VA, Michelle N. Comeau, Nancy R. Thomas, Morrison & Foerster, LLP, Los Angeles, CA, Wayne Phears, McFadden White Sprattlin & Davis, LLC, Atlanta, GA, Jonathan Chiu, Mcguire Law Offices, PA, Clearwater, FL, for Defendant–Appellee.

Before HULL and WILSON, Circuit Judges, and MARTINEZ,* District Judge.

* Honorable Jose E. Martinez, United States District Judge for the Southern District of

PER CURIAM:

Kevin Barker and eight other Capital One customers appeal the district court's grant of summary judgment in favor of defendant Capital One Bank (USA), N.A. on numerous claims. Customers allege that Capital One unlawfully increased their credit card interest rates in violation of both federal and state law.

After a review of the parties' briefs and having had the benefit of oral argument, we affirm substantially for reasons given by the well-reasoned opinion of the district court. *In re Capital One Bank Credit Card Interest Rate Litigation,* 51 F.Supp.3d 1316 (N.D.Ga.2014).

**AFFIRMED.**